UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
REBECCA C HUTCHENS                                    CASE NO. 20-10810
1436 GRANTLAND PLACE                                  JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

   DEBTOR

SSN(1) XXX-XX-3999                                    DATE: 05/24/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $14,030.75<br>INT: 5.25%<br>NAME ID: 144507<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3929<br>COMMENT: 14FORD |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $3,553.58<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 6909<br>COMMENT: |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $297.88<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 4092<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $267.44<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 5022<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $2,663.42<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 5074<br>COMMENT: |
| FAIR SQUARE FINANCIAL LLC<br>RESURGENT CAPITAL<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $2,388.85<br>INT: .00%<br>NAME ID: 174762<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 4224<br>COMMENT: MID AMERICA |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| HOME DEPOT CREDIT SERVICES<br>P O BOX 790328<br>ST LOUIS, MO  63179 | $0.00<br>INT: .00%<br>NAME ID: 133206<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 3999<br>COMMENT: OC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $434.26<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 3575<br>COMMENT: PRECISION AUTO |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 3999<br>COMMENT: OC |
| OLLO CARD SERVICES<br>P O BOX 9222<br>OLD BETHPAGE, NY  11804 | $0.00<br>INT: .00%<br>NAME ID: 173699<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $8,135.82<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 2061<br>COMMENT: LENDING CLUB |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,278.95<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 4816<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,087.92<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 2599<br>COMMENT: LOWES |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,082.36<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 7263<br>COMMENT: PAYPAL |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $339.09<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 9421<br>COMMENT: WAYFAIR |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT SHOP LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $3,517.82<br>INT: .00%<br>NAME ID: 183734<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 5262<br>COMMENT: MERCURY MASTERCARD |
| ROBERT ROSENTHAL DDS PA<br>220 BROAD ST<br>KERNERSVILLE, NC  27284-2930 | $0.00<br>INT: .00%<br>NAME ID: 133926<br>CLAIM #: 0009 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPECTRUM<br>3140 W ARROWOOD RD<br>CHARLOTTE, NC  28273-0001 | $0.00<br>INT: .00%<br>NAME ID: 170277<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$41,078.14** | | |

PAGE 3 - CHAPTER 13 CASE NO. 20-10810

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

      Clerk, U.S. Bankruptcy Court
      101 S. Edgeworth Street
      P.O. Box 26100
      Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/24/2021          OFFICE OF THE CHAPTER 13 TRUSTEE

      By:  /s/  Gayle McFarland
           Clerk
           Chapter 13 Office
           500 W FRIENDLY AVE STE 200
           P O BOX 1720
           GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice